UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:25-CR-00035(1)-ADA |
| | § | |
| (1) ANDERSON MORALES-CALDERON | § | |

### ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed July 1, 2025, wherein the defendant (1) ANDERSON MORALES-CALDERON waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) ANDERSON MORALES-CALDERON to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) ANDERSON MORALES-CALDERON's plea of guilty to Count One (1) is accepted.

Signed this 15th day of July, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE